In the Matter of JOHN J. McCANN et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Defendants; JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Appellants; and RICHARD WELLING, Intervener, Defendant and Respondent.

Argued October 7, 1941; decided November 21, 1941.

*Menahem Stim* and *Thomas J. Curran* for petitioners, appellants.

*William C. Chanler, Corporation Counsel (David DuVivier* and *Paxton Blair* of counsel), for defendants, appellants.

*Samuel M. Birnbaum* for American Legion, Department of New York, *amicus curiæ.*

*Harold A. Felix* for Veterans of Foreign Wars of the United States et al., *amici curiæ.*

*Frank S. Parmenter, Corporation Counsel,* for City of Troy, *amicus curiæ.*

*H. Eliot Kaplan* for Richard Welling, intervener, defendant, respondent.

*Albert De Roode* for John J. Tangney et al., *amici curiæ.*

Order affirmed, without costs. Assuming that in terms chapter 784 of the Laws of 1941 applied to these petitioners, the statute violates the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.